UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

VALVE CORPORATION,

                              Plaintiff,                    Case No. 20-cv-3173

          -against-                                         **COMPLAINT**

IMAGINEOPTIX CORPORATION,

                              Defendant.
---------------------------------------------------------------x

Plaintiff, Valve Corporation ("Valve"), by its attorneys, Fox Rothschild LLP, for its complaint against defendant ImagineOptix Corporation ("ImagineOptix"), alleges upon knowledge with respect to its own acts and upon information and belief with respect to the acts of others, as follows:

## NATURE OF THE CASE

1.      This is an action for breach of a loan agreement, pursuant to which Valve loaned one million dollars ($1,000,000.00) to ImagineOptix.  ImagineOptix has failed to pay the principal and interest outstanding under the loan, necessitating this action.

## THE PARTIES

2.      Valve is a Washington corporation with a principal place of business at 10400 NE 4th Street, Suite 1400, Bellevue, WA 98004.

3.      ImagineOptix is a Delaware corporation with a principal place of business at 10030 Green Level Church Road, Suite 802, Cary, NC 27519.

## JURISDICTION AND VENUE

4.      This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) because this is a civil action between parties who are citizens of different states and the matter in controversy

exceeds the sum or value of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.

5.      Venue is proper in this judicial district pursuant to a contractual venue provision in the parties' loan agreement.  ImagineOptix has submitted to the personal jurisdiction of this Court under the same agreement.

## FACTS

6.      Valve is in the business of developing and distributing video games and other content for use on personal computers, as well as virtual reality ("VR") hardware.  Valve also operates the Steam digital distribution and online gaming platform.

7.      ImagineOptix is in the business of developing and manufacturing optics technology.

8.      On or about December 12, 2018, Valve and ImagineOptix entered into a Master Supply Agreement (the "MSA").  The MSA governed the sale of certain ImagineOptix products to Valve or third parties involved in the manufacture of Valve VR products.

9.      Paragraph 14 of the MSA states, in relevant part, that "Valve may terminate this Agreement at any time, but such termination will not affect any obligations arising prior to such termination unless such termination is made for material breach."

10.     Contemporaneously with the MSA, Valve and ImagineOptix entered into a loan agreement dated December 12, 2018 (the "Loan Agreement"), whereby Valve loaned the principal amount of one million dollars ($1,000,000.00) to ImagineOptix in exchange for ImagineOptix's promise to repay Valve the principal amount plus interest.  A true and correct copy of the Loan Agreement is annexed hereto as Exhibit A.

11.    Paragraph 10(e) of the Loan Agreement contains a New York choice of law provision.

12.    Paragraph 10(f) of the Loan Agreement states:

BORROWER HEREBY IRREVOCABLY SUBMITS TO THE NON-EXCLUSIVE JURISDICTION OF THE STATE AND FEDERAL COURTS LOCATED IN NEW YORK, NEW YORK IN ANY ACTION OR PROCEEDING ARISING OUT OF OR RELATING TO THIS AGREEMENT AND BORROWER HEREBY IRREVOCABLY AGREES THAT ALL CLAIMS IN RESPECT OF SUCH ACTION OR PROCEEDING MAY BE HEARD AND DETERMINED IN ANY SUCH COURT AND IRREVOCABLY WAIVES ANY OBJECTION IT MAY NOW OR HEREAFTER HAVE AS TO THE VENUE OF ANY SUCH SUIT, ACTION OR PROCEEDING BROUGHT IN SUCH A COURT OR THAT SUCH COURT IS AN INCONVENIENT FORUM.

13.    By letter dated March 26, 2020, Valve validly terminated the MSA.

14.    Pursuant to paragraph 6 of the Loan Agreement, Valve's termination of the MSA constituted an Event of Default under the Loan Agreement.

15.    Paragraph 7 of the Loan Agreement provides, in relevant part:

After the occurrence of an Event of Default but only for so long as any such Event of Default shall be continuing, Lender, at its option, and without notice or demand of any kind (all of which are hereby expressly waived by Borrower), may do any one or more of the following: (a) accelerate and declare the Loan and all other obligations hereunder to be immediately due and payable...

16.    Accordingly, in the March 26, 2020 termination letter, Valve (i) notified ImagineOptix that Valve was electing to accelerate payment of principal and accrued interest under the Loan Agreement and (ii) demanded immediate repayment of these sums.

17.    The entire principal balance of one million dollars ($1,000,000.00) remains due and owing under the Loan Agreement.  Annexed hereto as Exhibit B is a true and correct copy of an invoice that Valve provided to ImagineOptix on March 26, 2020 demanding the outstanding

principal and interest due and owing as of that date.  The invoice reflects the interest rate of six and one half percent (6.5%) set forth in paragraph 1(b)(i) of the Loan Agreement.

18.     Despite demand, ImagineOptix has failed to pay any of the sums demanded by Valve.

19.     Pursuant to paragraphs 1(b)(i) and 6(c) of the Loan Agreement, Valve's termination of the Master Supply Agreement is an Event of Default that triggered the default interest rate of eight and one half percent (8.5%) on the outstanding principal, as of March 26, 2020.

20.     Pursuant to paragraph 10(b) of the Loan Agreement, ImagineOptix is liable for all reasonable costs of collection and enforcement of the Loan Agreement incurred following the occurrence and during the continuation of any Event of Default, including reasonable attorneys' fees.

## COUNT I
### (Breach of Contract)

21.     Valve repeats and realleges the allegations contained in paragraphs 1 through 20 as if set forth in full herein.

22.     The Loan Agreement constitutes a valid and binding contract between Valve and ImagineOptix.

23.     Valve complied with all of its obligations under the Loan Agreement.

24.     As set forth in detail above, ImagineOptix breached the Loan Agreement by failing to pay the outstanding principal and interest due and owing under the Loan Agreement as of March 26, 2020, when Valve terminated the MSA, accelerated the Loan Agreement, and declared all obligations thereunder to be immediately due and payable.

25.     As a result, Valve has been damaged in an amount of not less than one million eighty two thousand six hundred and thirty dollars and fourteen cents ($1,082,630.14), plus eight

and one half percent (8.5%) interest on the sum of one million dollars ($1,000,000.00) from March 26, 2020 until the judgment is paid.

WHEREFORE, plaintiff Valve Corporation demands the following relief:

a)      An award of damages in Valve's favor and against ImagineOptix in the amount of one million eighty two thousand six hundred and thirty dollars and fourteen cents ($1,082,630.14), plus eight and one half percent (8.5%) interest on the sum of one million dollars ($1,000,000.00) from March 26, 2020 until the judgment is paid;

b)      prejudgment and post-judgment interest;

c)      Valve's costs and attorneys' fees; and

d)      such further relief as the Court may deem just and equitable.

Dated: New York, New York
       April 21, 2020

**FOX ROTHSCHILD LLP**

By:

_____
Matthew J. Schenker
101 Park Avenue, 17th Floor
New York, New York 10178
Tel: (212) 878-7900
Fax: (212) 692-0940

Gavin W. Skok
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Tel: (206) 389-1731
Fax: (206) 389-1708
*Pro Hac Vice motion to be filed*

*Attorneys for Plaintiff Valve Corporation*