

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

MATTHEW J. SCHENKER
Direct No:  212.905.2308
Email: MSchenker@FoxRothschild.com

October 28, 2020

**VIA ECF**

Hon. Sarah Netburn, U.S.M.J.
United States Courthouse
40 Foley Square
New York, N.Y. 10007

Re:   **Valve Corporation v. ImagineOptix Corporation - 20-CV-3173 (VM) (SN)**

Your Honor:

      This firm represents the Plaintiff in the above-referenced matter. We respectfully submit this letter – jointly with Defendant – to update the Court on the status of discovery and the case generally.

      The parties have recently reached an agreement on the principal terms of settlement, subject to the drafting and execution of a settlement agreement, which the parties expect to have finalized by November 6, 2020. If and when the settlement agreement is executed, Plaintiff will discontinue the action without prejudice. Regarding discovery, both parties have exchanged document demands and responses. The parties have agreed to extend the deadline by which they may serve interrogatories and requests for admission to November 12, 2020, to permit the parties to finalize settlement. The parties remain available to provide any further information to the Court.

      Respectfully submitted,

Matthew J. Schenker

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington