```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VALVE CORPORATION,

                              **Plaintiff,**                      20-CV-3173 (VM)(SN)

              -against-                                    <u>ORDER</u>

IMAGINEOPTIX CORPORATION,

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On October 28, 2020, the parties filed a status letter in which they indicated that the parties had reached an agreement and expected to have a finalized settlement agreement by November 6, 2020. The parties shall file a status letter by November 25, 2020, providing an update as to the status of the settlement.

**SO ORDERED.**

                                                        _____
                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:      November 13, 2020
                   New York, New York