

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

MATTHEW J. SCHENKER
Direct No:  212.905.2308
Email: MSchenker@FoxRothschild.com

November 25, 2020

**VIA ECF**

Hon. Sarah Netburn, U.S.M.J.
United States Courthouse
40 Foley Square
New York, N.Y. 10007

**Re:** **Valve Corporation v. ImagineOptix Corporation - 20-CV-3173 (VM) (SN)**

Your Honor:

      This firm represents the Plaintiff in the above-referenced matter. We respectfully submit this letter – jointly with Defendant – to update the Court on the status of the parties' settlement discussions.

      The parties have been negotiating the terms of a settlement agreement and believe it is close to final form. The parties will update the Court on the status of settlement no later than December 4, 2020. The parties remain available to provide any further information to the Court.

                                                                     Respectfully submitted,

                                                                   Matthew J. Schenker

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington