

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

MATTHEW J. SCHENKER
Direct No:  212.905.2308
Email: MSchenker@FoxRothschild.com

December 4, 2020

**VIA ECF**

Hon. Sarah Netburn, U.S.M.J.
United States Courthouse
40 Foley Square
New York, N.Y. 10007

Re:     **Valve Corporation v. ImagineOptix Corporation - 20-CV-3173 (VM) (SN)**

Your Honor:

      This firm represents the Plaintiff in the above-referenced matter. We respectfully submit this letter – jointly with Defendant – to update the Court on the status of the parties' settlement discussions.

      The parties are continuing to negotiate the terms of a settlement agreement and hope to achieve resolution of the remaining issues in the near future. The parties appreciate the Court's patience and remain available to provide any further information to the Court.

                        Respectfully submitted,

                        Matthew J. Schenker

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington