USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

VALVE CORPORATION,

                      **Plaintiff,**

      -against-

IMAGINEOPTIX CORPORATION,

                      **Defendant.**

------------------------------------------------------------------X

20-CV-3173 (VM)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On October 28, 2020, the parties filed a status letter in which they indicated that they had reached an agreement and expected to have a finalized settlement agreement by November 6, 2020. On December 4, 2020, the parties indicated they are still finalizing the settlement agreement. Accordingly, a status conference is scheduled for Tuesday, January 5, 2021, at 3:00 p.m. to occur telephonically. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key. If the parties file a stipulation of dismissal in advance of the conference, the conference will be adjourned.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     December 7, 2020
              New York, New York