```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VALVE CORPORATION,

                        Plaintiff,                20-CV-3173 (VM)(SN)

        -against-                                 ORDER

IMAGINEOPTIX CORPORATION,

                        Defendant.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

   Due to a conflict in the Court's calendar, the telephone conference currently scheduled for Tuesday, January 5, 2020, at 3:00 p.m., is RESCHEDULED to Wednesday, January 6, 2021, at 9:00 a.m. At that time, each party shall call (877) 402-9757 and enter access code 7938632 #.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 18, 2020
          New York, New York